THE CHAMPION COATED PAPER COMPANY, Appellant, *v.* THOMAS B. REYNOLDS et al., as Copartners under the Name of NORTH RIVER PAPER COMPANY, Respondents.

*Champion Coated Paper Co.* v. *Reynolds,* 155 App. Div. 930, affirmed.

(Submitted February 4, 1915; decided February 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 10, 1913, affirming a judgment in favor of defendants entered upon a verdict in an action to recover for merchandise alleged to have been sold and delivered.

*Frederick H. Kellogg* for appellant.

*Stephen H. Olin* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.